IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 FEB -4 PM 2:39
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY

| | |
|---|---|
| LYNN ROWELL D/B/A BEAUMONT GREENERY; MPC DATA AND COMMUNICATIONS, INC.; MICAH COOKSEY; NXT PROPERTIES, INC.; MARK HARKEN; MONTGOMERY CHANDLER, INC.; PAULA COOK; TOWNSLEY DESIGNS, LLC; AND SHONDA TOWNSLEY,<br>　　　　　PLAINTIFFS,<br><br>V.<br><br>LESLIE L. PETTIJOHN, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE OFFICE OF CONSUMER CREDIT COMMISSIONER OF THE STATE OF TEXAS,<br>　　　　　DEFENDANT. | §§§§§§§§§§§§§§§§§§§  CAUSE NO. A-14-CA-190-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court granted Defendants' Motion to Dismiss Plaintiffs' Amended Complaint filed July 30, 2014 (Clerk's Document No. 31) by Defendant Leslie L. Pettijohn, in her official capacity as Commissioner of the Office of Consumer Credit Commissioner of the State of Texas and dismissed Plaintiffs' Amended Complaint with prejudice. As nothing remains for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendant Leslie L. Pettijohn, in her official capacity as Commissioner of the Office of Consumer Credit Commissioner of the State of Texas is awarded her costs of court.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this __4th__ day of February, 2015.

*[signature]*
LEE YEAKEL
UNITED STATES DISTRICT JUDGE
