UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LYNN ROWELL, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| v. § | C. A. NO. 1:14-CV-00190-LY |
| § | |
| LESLIE L. PETTIJOHN, § | |
| § | |
| *Defendant*. § | |

## ▆▆▆▆▆▆ AGREED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

IT IS ORDERED THAT:

1. Plaintiff shall file all amended pleadings and/or join additional parties on or before **September 1, 2017.** Defendant shall file its responsive pleading on or before **September 15, 2017**.

2. Defendant shall file and serve on all other parties its designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 3, 2017**. Plaintiffs shall file and serve on all other parties their designations of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all other parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 17, 2017**. All designations of rebuttal experts shall be filed and served on all other parties not later than 14 days of receipt of the report of the opposing expert, and the materials

required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be served, but not filed, on all other parties not later than 14 days of receipt of the report of the opposing expert.

3. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702.

4. The parties shall complete discovery on or before **December 29, 2017**. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

5. All dispositive motions shall be filed and served on all other parties on or before **January 31, 2018**, and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 21 days of the service of the motion, or **February 21, 2018**, whichever is later, and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 14 days of the service of the response and shall be limited to 15 pages, but the Court need not wait for the reply before ruling on the motion.

SIGNED this _____ day of _____, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ *Deepak Gupta* (with permission)
Deepak Gupta
Gupta Wessler PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
deepak@guptawessler.com

ATTORNEY FOR PLAINTIFF


/s/ *Susan M. Watson*
Susan Watson
Assistant Attorney General
Office of the Attorney General
General Litigation Division-019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
susan.watson@oag.texas.gov

ATTORNEY FOR DEFENDANTS

3