**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **LYNN ROWELL, ET AL** § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> **KEN PAXTON, IN HIS OFFICIAL CAPACITY AS** § <br> **ATTORNEY GENERAL OF THE STATE OF** § <br> **TEXAS,** § <br> § <br> *Defendant.* § | **CIVIL ACTION NO. 1:14-CV-00190-LY** |

**DEFENDANT'S DESIGNATION OF POTENTIAL**
**WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS**

Pursuant to Federal Rules of Civil Procedure 26(a)(2)(A) and (B), and the Agreed Modified Scheduling Order (ECF No. 74), Defendant Ken Paxton, in his official capacity as Attorney General of the State of Texas hereby designates Defendant's potential witnesses, testifying experts, and proposed exhibits. Defendant reserves the right to designate additional witnesses and/or exhibits as discovery is ongoing.

**Potential witnesses:**

Defendant does not designate any potential witnesses at this time, but reserves the right to cross-examine any of Plaintiffs' witnesses, and to call rebuttal witnesses.

**Expert witnesses:**

Defendant hereby identifies and designates the following retained experts who may be called to offer fact and/or opinion testimony at trial under Federal Rule of Evidence 702, 703, or 705:

    Ashwani Monga, Ph. D.
7 Nicole Court
Scotch Plains, New Jersey 07076
t2monga@gmail.com
(210) 663-0740

    Dr. Ashwani Monga is expected to testify concerning his opinions and analyses relating to Texas Business & Commerce Code §604A.0021, involving credit card surcharges. Dr. Monga may also testify in response to any opinion testimony offered by Plaintiffs. Dr. Monga's report containing his mental impressions and opinions and the bases for them; the facts and data and considered; the exhibits used to support the opinions; his current CV identifying his qualifications; a list of his publications; and his compensation for work on this matter is produced to Plaintiff herewith.

    Steven Semeraro
1155 Island Avenue
San Diego, CA 92116
ssemeraro@tjsl.edu
(619) 961-4305

    Professor Semeraro is expected to testify concerning his opinions and analyses relating to Texas Business & Commerce Code §604A.0021, involving credit card surcharges. Professor Semeraro may also testify in response to any opinion testimony offered by Plaintiffs. Professor Semeraro's report containing his mental impressions and opinions and the bases for them; the facts and data and considered; the exhibits used to support the opinions; his current CV identifying his qualifications; a list of his publications; and his compensation for work on this matter is produced to Plaintiff herewith.

**Proposed Exhibits**

    Defendant Paxton designates documents produced by Plaintiffs, P-0001 – 0038, as proposed exhibits, and reserves the right to rely on any other documents produced or to be produced by the parties in this action.

                  Respectfully submitted,

                  KEN PAXTON
                  Attorney General of Texas

                  JEFFREY C. MATEER
                  First Assistant Attorney General

                  BRANTLEY STARR
                  Deputy First Assistant Attorney General

                  JAMES E. DAVIS
                  Deputy Attorney General for Civil Litigation

                  ANGELA V. COLMENERO
                  Chief, General Litigation Division


                  */s/*    Susan M. Watson
                  SUSAN M. WATSON
                  Attorney-in-charge
                  Texas Bar No. 24061066
                  EMILY ARDOLINO
                  Texas Bar No. 24087112
                  JEFFREY E. FARRELL
                  Texas Bar No. 00787453
                  Assistant Attorneys General
                  Office of the Attorney General
                  General Litigation Division-019
                  P.O. Box 12548, Capitol Station
                  Austin, Texas 78711-2548
                  (512) 463-2120
                  (512) 320-0667 FAX
                  susan.watson@oag.texas.gov
                  emily.ardolino@oag.texas.gov
                  jeffrey.farrell@oag.texas.gov
                  ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been filed in accordance with the Electronic Case Files System of the Western District of Texas, on **November 17, 2017,** which will provide a copy, to:

Richard L. Coffman
THE COFFMAN LAW FIRM
First City Building
505 Orleans St., Ste. 505
Beaumont, TX 77701
rcoffman@coffmanlawfirm.com

Deepak Gupta
Jonathan E. Taylor
GUPTA WESSLER, PLLC
1900 L St., NW, Suite 312
Washington, DC 20009
deepak@guptabeck.com

/s/   Susan M. Watson
SUSAN M. WATSON
Assistant Attorney General