IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 FEB -2  PM 4: 21

| | | |
|---|---|---|
| LYNN ROWELL D/B/A BEAUMONT GREENERY; MONTGOMERY CHANDLER, INC.; PAULA COOK; TOWNSLEY DESIGNS, LLC; AND SHONDA TOWNSLEY,<br>　　　　　PLAINTIFFS,<br><br>V.<br><br>KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS,<br>　　　　　DEFENDANT. | § § § § § § § § § § § § § § | CAUSE NO. A:14-CV-190-LY |

## ORDER

Before the court in the above styled and numbered cause is the Stipulation of Dismissal filed January 31, 2018 (Clerk's Document No. 77). By the stipulation, Plaintiffs NXT Properties, Inc., Mark Harken, MPC Data and Communications, Inc., and Micah Cooksey and Defendant Ken Paxton stipulate to the dismissal with prejudice of these Plaintiffs' claims and causes of action alleged against Paxton, with each of these parties to bear its own attorneys' fees, litigation expenses, and court costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Having considered the stipulation and case file,

**IT IS ORDERED** that all claims alleged by Plaintiffs NXT Properties, Inc., Mark Harken, MPC Data and Communications, Inc., and Micah Cooksey against Paxton are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs and attorney fees of these parties are to be paid by the party incurring them.

**IT IS FURTHER ORDERED** that the style in the cause remaining before the court is modified as noted in the style used in this Order. The clerk of court and the parties shall use the above referenced style for all future pleadings in this action.

SIGNED this \_\_\_2nd\_\_\_ day of February, 2018.

                                                                LEE YEAKEL
                                                                UNITED STATES DISTRICT JUDGE