IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 AUG 16  PM 12: 16

| | | |
|---|---|---|
| LYNN ROWELL D/B/A BEAUMONT GREENERY; MONTGOMERY CHANDLER, INC.; PAULA COOK; TOWNSLEY DESIGNS, LLC; AND SHONDA TOWNSLEY,<br>§§§§§§§§§§§§§§<br>PLAINTIFFS, | | |
| V. | § | CAUSE NO. A:14-CV-190-LY |
| KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF TEXAS,<br>DEFENDANT. | | |

## PERMANENT INJUNCTION AND FINAL JUDGMENT

Before the court is the above styled and numbed cause. On this date by separate order the court determined that as applied, the Texas Anti-Surcharge law, Texas Business and Commerce Code section 604A.0021, violates Plaintiffs' commercial free-speech rights under the First Amendment to the United States Constitution. Therefore,

**IT IS ORDERED** that Defendant Ken Paxton, Attorney General of Texas as well as his employees, agents, and successors in office, are hereby **ENJOINED** from enforcing Texas Business and Commerce Code section 604A.0021 against Plaintiffs Lynn Rowell d/b/a Beaumont Greenery, Montgovery Chandler, Inc., Paula Cook, Townsley Designs, LLC, and Shonda Townsley.

As all disputes among the parties have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs Lynn Rowell d/b/a Beaumont Greenery, Montgovery Chandler, Inc., Paula Cook, Townsley Designs, LLC, and Shonda Townsley recover their costs of court from Defendant Ken Paxton, in his official capacity as Attorney General of the State of Texas.

Any claim for attorney's fees incurred in this action will be determined post judgment and pursuant to Rule CV-7(j), of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this 16th day of August, 2018.

*[signature]*
LEE YEAKEL
UNITED STATES DISTRICT JUDGE