IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LYNN ROWELL, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of the State of Texas,<br>*Defendant*. | Civil Action No. 1:14-cv-000190-LY |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

The Court hereby grants the plaintiffs' unopposed motion for an extension of time to file their Fed. R. Civ. P. 54(d)(2)/Local Rule CV-7(j) attorneys' fee and expense motion.

**IT IS, THEREFORE, ORDERED** that the plaintiffs shall file their Fed. R. Civ. P. 54(d)(2)/Local Rule CV-7(j) attorneys' fee and expense motion on or before November 14, 2018.

Dated: October 22, 2018

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE