# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

FILED
2018 NOV 15 AM 11:07

LYNN ROWELL, et al.,
*Plaintiffs*,

v.

KEN PAXTON, in his official capacity as as Attorney General of the State of Texas,

*Defendant*.

CIVIL ACTION NO. 1:14-cv-00190-LY

## ORDER

The Court hereby grants the plaintiffs' unopposed motion for an extension of time to file their attorneys' fee and expense motion under Fed. R. Civ. P. 54(d)(2) and Local Rule CV-7(j).

IT IS, THEREFORE, ORDERED that plaintiffs shall file such motion on or before January 13, 2019.

Dated: November 15, 2018

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE