IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LYNN ROWELL, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as<br>as Attorney General of the State of Texas,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:14-cv-00190-LY<br>§<br>§<br>§<br>§<br>§ |

### ORDER

The Court hereby grants the plaintiffs' unopposed motion for an extension of time to file their attorneys' fee and expense motion under Fed. R. Civ. P. 54(d)(2), Local Rule CV-7(j) and 42 U.S.C. § 1988.

IT IS, THEREFORE, ORDERED that plaintiffs shall file such motion on or before March 28, 2019.

Date:   February 14, 2019

HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE